1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8    ALEMAYEHU JIMMA,

9                        Plaintiff,            CASE NO. 2:18-cv-01750-JCC

10        v.                                   **ORDER GRANTING**
                                               **APPLICATION TO PROCEED IN**
11   STATE OF WASHINGTON,                      **FORMA PAUPERIS**

12                       Defendant.

13        Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28

14   U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. §

15   1915(e)(2)(B) before issuance of summons.

16        The Clerk shall provide a copy of this Order to plaintiff and to the Honorable John C.

17   Coughenour.

18        DATED this 7th day of December, 2018.

19

20

21                                     _____
                                       BRIAN A. TSUCHIDA
22                                     Chief United States Magistrate Judge

23